472 A.2d 259

Commonwealth v. Montgomery, Appellant.

Submitted November 8, 1983. Peter Henry Shaffer,

for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Order of the lower court is affirmed.